## Gordon, Appellant, v. Ertl-Pitt Bakeries, Inc.

Argued March 16, 1960. Before JONES, C. J., MUSMANNO, JONES, COHEN, BOK and EAGEN, JJ.

*Homer W. King,* for appellant.

*Melvin Schwartz,* with him *Alexander Cooper,* for appellee.

OPINION PER CURIAM, May 4, 1960:
The judgment of the court below is affirmed.